## WEDECO UV TECHNOLOGIES, INC., Plaintiff–Appellee,

v.

## CALGON CARBON CORPORATION, Defendant–Appellant.

No. 2006–1547.

United States Court of Appeals, Federal Circuit.

April 24, 2007.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and LOURIE, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.